11092304
#2005.80
8/26/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)

Re: (Case Name) ILM Graphics Inc /Case # 05-12535
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 2005.80 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Niagara Mohawk   Amount $ 305.22   Claims Register # 1
Claimant Niagara Mohawk   Amount $ 1272.64   Claims Register # 4
Claimant Sun Chemical   Amount $ 427.94   Claims Register # 11
~~Claimant~~           Total Amount $ 2005.80   ~~Claims Register #~~

Th A. Dorey
Trustee Name

FILED AUG 26 2011
BANKRUPTCY COURT
BUFFALO, NY